**ANTHONY H. MASON**
P.O. BOX 27028
TEMPE, ARIZONA 85285-7028
(602) 808-7770

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | § | Case No. 2:14-bk-15420-GBN |
| | § | |
| ALLEN BEN POORE | § | |
| SHIRLEY MARIE POORE | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/10/2014. The undersigned trustee was appointed on 10/10/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                       $62,500.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $26,041.26 |
   | Bank service fees | $1,427.17 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $35,031.57 |

   The remaining funds are available for distribution.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 05/09/2016 and the deadline for filing government claims was 05/09/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,375.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,375.00, for a total compensation of $6,375.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $60.46, for total expenses of $60.46.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/03/2017     By: /s/ Anthony H. Mason
                          Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 14-15420-GBN | | Trustee Name: | Anthony H. Mason |
|---|---|---|---|---|
| Case Name: | POORE, ALLEN BEN AND POORE, SHIRLEY MARIE | | Date Filed (f) or Converted (c): | 10/10/2014 (f) |
| For the Period Ending: | 8/3/2017 | | §341(a) Meeting Date: | 11/17/2014 |
| | | | Claims Bar Date: | 05/09/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1 REAL PROPERTY AT 8725 E. KEIM DR., SCOTTSDALE, AZ 85250 | $324,632.00 | $0.00 | | $0.00 | FA |
| 2 CASH ON HAND | $19.00 | $19.00 | | $0.00 | FA |
| 3 BANK OF AMERICA CHECKING ACCOUNT (-8328) | $293.06 | $0.00 | | $0.00 | FA |
| 4 BANK OF AMERICA CHECKING ACCOUNT (-7097) | $120.05 | $0.00 | | $0.00 | FA |
| 5 BANK OF AMERICA SAVINGS ACCOUNT (-8984) | $0.52 | $0.52 | | $0.00 | FA |
| 6 BANK OF AMERICA SAVINGS ACCOUNT (-1419) | $3.02 | $3.02 | | $0.00 | FA |
| 7 CHASE CHECKING ACCOUNT (-3589) | $21.00 | $21.00 | | $0.00 | FA |
| 8 HOUSEHOLD GOODS, FURNISHINGS, ELECTRONICS AND APPLIANCES | $1,795.00 | $0.00 | | $0.00 | FA |
| 9 BOOKS | $200.00 | $0.00 | | $0.00 | FA |
| 10 COLLECTIBLES, CDs | $225.00 | $225.00 | | $0.00 | FA |
| 11 CLOTHING | $300.00 | $0.00 | | $0.00 | FA |
| 12 WEDDING RING | $500.00 | $0.00 | | $0.00 | FA |
| 13 AVIVA LIFE ADJUSTABLE INSURANCE POLICY (-5170) | $9,459.84 | $0.00 | | $0.00 | FA |
| 14 AVIVA LIFE ADJUSTABLE LIFE INSURANCE POLICY(-5210) | $5,960.75 | $0.00 | | $0.00 | FA |
| 15 RIVERDALE FARM CORP (DEBTOR OWNS 4.41339% OF CORPORATION) | $76,311.00 | $31,000.00 | | $50,000.00 | FA |
| 16 MINERAL RIGHTS IN ARKANSAS | $1,270.00 | $1,500.00 | | $7,500.00 | FA |
| 17 HAIR DESIGNS AT SWEET HARMONY (50% INTEREST) | $965.86 | $0.00 | | $0.00 | FA |
| Asset Notes: | The estate's interest in this asset forms part of settlement with Debtors | | | | |
| 18 2008 GMC SIERRA 1500 1/2 TON PICKUP | $7,298.00 | $0.00 | | $0.00 | FA |
| 19 2000 HARLEY DAVIDSON HERITAGE ROAD BIKE (SALVAGE VALUE - ELECTRICAL BURNT, ENGINE) | $500.00 | $500.00 | | $2,500.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 14-15420-GBN | Trustee Name: | Anthony H. Mason |
|---|---|---|---|
| Case Name: | POORE, ALLEN BEN AND POORE, SHIRLEY MARIE | Date Filed (f) or Converted (c): | 10/10/2014 (f) |
| For the Period Ending: | 8/3/2017 | §341(a) Meeting Date: | 11/17/2014 |
| | | Claims Bar Date: | 05/09/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 20  2012 KTM 350 EXC MOTORCYCLE | $2,500.00 | $0.00 | | $0.00 | FA |
| 21  SCISSORS, CLIPPERS, CURLING IRONS, BLOW DRYERS, COMBS, BRUSHES, CURLERS, PERM RODS, TOWELS, CAPES, COLORS, SHAMPOOS, CONDITIONERS, HAIR SPRAYS | $318.00 | $0.00 | | $0.00 | FA |
| 22  POTENTIAL 2014 FEDERAL INCOME TAX REFUND (u) | Unknown | $0.00 | | $0.00 | FA |
| 23  SETTLEMENT RE BUSINESS INTEREST AND POST-PETITION ROYALTIES FROM MINERAL INTEREST | Unknown | $2,500.00 | | $2,500.00 | FA |
| 24  3.333 SHARES OF STOCK IN SHULER ROYALTY POOL, INC. (u) | Unknown | $0.00 | OA | $0.00 | FA |

**TOTALS (Excluding unknown value)**

| | | | | **Gross Value of Remaining Assets** | |
|---|---|---|---|---|---|
| | $432,692.10 | $35,768.54 | | $62,500.00 | $0.00 |

**Major Activities affecting case closing:**

| | |
|---|---|
| 01/19/2017 | Application for compensation of attorney |
| 11/22/2016 | Motion to approve settlement with debtors |
| 10/18/2016 | Trustee is negotiating settlement of interest in hair salon and post-petition royalties from mineral rights. |
| 08/01/2016 | Trustee sale of mineral rights set for 8/29/16 |
| 07/26/2016 | 2004 exam rescheduled for 11/7/16 |
| 05/17/2016 | 2004 exam of debtors set for 7/19/16 |
| 04/18/2016 | Sale of Harley set for 5/18/16 |
| 02/07/2016 | Claims bar date is 5/9/16 |
| 12/14/2015 | Trustee sale of shares in farm corporation set for 1/14/16 |
| 11/09/2015 | 2004 exam rescheduled for February 3, 2016 |
| 10/16/2015 | Trustee is negotiating sale of Debtor husband's shares in family farm business to other shareholders. |
| 10/08/2015 | 2004 exam rescheduled for 11/6/15 |
| 09/14/2015 | 2004 exam rescheduled to 10/7/15 |
| 09/02/2015 | 2004 exam of debtors set for 10/1/15 |

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 09/30/2016 | /s/ ANTHONY H. MASON | |
| **Current Projected Date Of Final Report (TFR):** | 09/30/2017 | ANTHONY H. MASON | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 14-15420-GBN | | Trustee Name: | Anthony H Mason |
|---|---|---|---|---|
| Case Name: | POORE, ALLEN BEN AND POORE, SHIRLEY MARIE | | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***4655 | | Checking Acct #: | ******5420 |
| Co-Debtor Taxpayer ID #: | **-***4656 | | Account Title: | |
| For Period Beginning: | 10/10/2014 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 8/3/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/21/2016 | (15) | CHARLES S BRANT | SALE PROCEEDS - 240 SHARES OF RIVERDALE FARM CORP | 1129-000 | $50,000.00 | | $50,000.00 |
| 01/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $33.82 | $49,966.18 |
| 02/29/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $75.39 | $49,890.79 |
| 03/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $80.47 | $49,810.32 |
| 04/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $77.75 | $49,732.57 |
| 05/24/2016 | (19) | ALLEN POORE | SALE PROCEEDS HARLEY DAVIDSON MOTORCYCLE | 1129-000 | $2,500.00 | | $52,232.57 |
| 05/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $81.00 | $52,151.57 |
| 06/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $81.41 | $52,070.16 |
| 07/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $83.99 | $51,986.17 |
| 08/31/2016 | (16) | LHB VENTURES, LLC | SALE PROCEEDS - ARKANSAS MINERAL RIGHTS | 1129-000 | $7,500.00 | | $59,486.17 |
| 08/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $84.62 | $59,401.55 |
| 09/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $92.72 | $59,308.83 |
| 10/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $95.66 | $59,213.17 |
| 11/22/2016 | (23) | ALLEN POORE AND SHIRLEY POORE | SETTLEMENT INSTALLMENT PAYMENT | 1129-000 | $500.00 | | $59,713.17 |
| 11/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $92.58 | $59,620.59 |
| 12/01/2016 | (23) | ALLEN POORE AND SHIRLEY POORE | SETTLEMENT INSTALLMENT PAYMENT | 1129-000 | $500.00 | | $60,120.59 |
| 12/01/2016 | (23) | ALLEN POORE AND SHIRLEY POORE | SETTLEMENT INSTALLMENT PAYMENT | 1129-000 | $500.00 | | $60,620.59 |
| 12/01/2016 | (23) | ALLEN POORE AND SHIRLEY POORE | SETTLEMENT INSTALLMENT PAYMENT | 1129-000 | $500.00 | | $61,120.59 |
| 12/01/2016 | (23) | ALLEN POORE AND SHIRLEY POORE | SETTLEMENT INSTALLMENT PAYMENT | 1129-000 | $500.00 | | $61,620.59 |
| 12/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $98.97 | $61,521.62 |
| 01/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $99.23 | $61,422.39 |
| 02/16/2017 | 3001 | GUTTILLA MURPHY ANDERSON, P.C. | ATTORNEY FOR TRUSTEE FEES | 3210-000 | | $25,517.50 | $35,904.89 |
| 02/16/2017 | 3002 | GUTTILLA MURPHY ANDERSON, P.C. | ATTORNEY FOR TRUSTEE EXPENSES | 3220-000 | | $523.76 | $35,381.13 |
| 02/28/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $82.71 | $35,298.42 |
| 03/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $56.94 | $35,241.48 |
| 04/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $55.01 | $35,186.47 |
| 05/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $52.27 | $35,134.20 |
| 06/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $50.51 | $35,083.69 |
| 07/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $52.12 | $35,031.57 |
| | | | | SUBTOTALS | $62,500.00 | $27,468.43 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |  | |
|---|---|---|---|---|
| **Case No.** | 14-15420-GBN | | **Trustee Name:** | Anthony H Mason |
| **Case Name:** | POORE, ALLEN BEN AND POORE, SHIRLEY MARIE | | **Bank Name:** | Integrity Bank |
| **Primary Taxpayer ID #:** | **-***4655 | | **Checking Acct #:** | ******5420 |
| **Co-Debtor Taxpayer ID #:** | **-***4656 | | **Account Title:** | |
| **For Period Beginning:** | 10/10/2014 | | **Blanket bond (per case limit):** | $1,000,000.00 |
| **For Period Ending:** | 8/3/2017 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | |
|---|---|---|---|---|---|
| | | **TOTALS:** | | $62,500.00 | $27,468.43 | $35,031.57 |
| | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | **Subtotal** | | $62,500.00 | $27,468.43 | |
| | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | **Net** | | $62,500.00 | $27,468.43 | |

**For the period of 10/10/2014 to 8/3/2017**

| | |
|---|---|
| Total Compensable Receipts: | $62,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $62,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $27,468.43 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $27,468.43 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 01/11/2016 to 8/3/2017**

| | |
|---|---|
| Total Compensable Receipts: | $62,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $62,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $27,468.43 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $27,468.43 |
| Total Internal/Transfer Disbursements: | $0.00 |

Page No:3

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| **Case No.** | 14-15420-GBN | **Trustee Name:** Anthony H Mason |
| **Case Name:** | POORE, ALLEN BEN AND POORE, SHIRLEY MARIE | **Bank Name:** Integrity Bank |
| **Primary Taxpayer ID #:** | **-***4655 | **Checking Acct #:** ******5420 |
| **Co-Debtor Taxpayer ID #:** | **-***4656 | **Account Title:** |
| **For Period Beginning:** | 10/10/2014 | **Blanket bond (per case limit):** $1,000,000.00 |
| **For Period Ending:** | 8/3/2017 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $62,500.00 | $27,468.43 | $35,031.57 |

**For the period of 10/10/2014 to 8/3/2017**

| | |
|---|---|
| Total Compensable Receipts: | $62,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $62,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $27,468.43 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $27,468.43 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 10/10/2014 to 8/3/2017**

| | |
|---|---|
| Total Compensable Receipts: | $62,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $62,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $27,468.43 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $27,468.43 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ ANTHONY H MASON

ANTHONY H MASON

Case 2:14-bk-15420-GBN    Doc 79    Filed 08/24/17    Entered 08/24/17 10:39:59    Desc
Page 7 of 10

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 2:14-bk-15420-GBN
Case Name: ALLEN BEN POORE
SHIRLEY MARIE POORE
Trustee Name: Anthony H. Mason

Balance on hand: $35,031.57

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $35,031.57

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Anthony H. Mason, Trustee Fees | $6,375.00 | $0.00 | $6,375.00 |
| Anthony H. Mason, Trustee Expenses | $60.46 | $0.00 | $60.46 |
| GUTTILLA MURPHY ANDERSON, P.C., Attorney for Trustee Fees | $25,517.50 | $25,517.50 | $0.00 |
| GUTTILLA MURPHY ANDERSON, P.C., Attorney for Trustee Expenses | $523.76 | $523.76 | $0.00 |

Total to be paid for chapter 7 administrative expenses: $6,435.46
Remaining balance: $28,596.11

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $28,596.11

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $156,333.73 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | INTERNAL REVENUE SERVICE | $156,333.73 | $0.00 | $28,596.11 |

    Total to be paid to priority claims:     $28,596.11
    Remaining balance:     $0.00

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $17,880.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | ENAGIC USA INC | $1,152.00 | $0.00 | $0.00 |
| 3 | PYOD, LLC | $1,263.32 | $0.00 | $0.00 |
| 4 | PYOD LLC | $5,988.00 | $0.00 | $0.00 |
| 5 | CAPITAL ONE BANK (USA), N.A. | $2,501.60 | $0.00 | $0.00 |
| 6 | LVNV FUNDING LLC ITS SUCCESSORS AND ASSIGNS AS | $2,630.33 | $0.00 | $0.00 |
| 7 | SOUTHWEST DIAGNOSTIC IMAGING | $1,224.58 | $0.00 | $0.00 |
| 9 | CITIBANK NA | $2,170.37 | $0.00 | $0.00 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $950.07 | $0.00 | $0.00 |

    Total to be paid to timely general unsecured claims:     $0.00
    Remaining balance:     $0.00

    Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $16.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 2A | IRS | $16.00 | $0.00 | $0.00 |

|  |  |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |